IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REGINALD ARLEIGH NOBLE, Petitioner, | ) ) ) |
| v. | ) No. 3:18-CV-1348-M (BT) ) |
| LORIE DAVIS, *Director,* TDCJ-CID Respondent. | ) ) ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 19th day of July, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE